≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

Matthew Weymouth

V.

Pentucket Regional School District
et al.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 11661

TO: (Name and address of Defendant)

Scott ~~Wilkes~~ WiLKS
40 Cherry Hill
W. Newbury, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter Charles Horstmann, Esquire
Partridge, Ankner & Horstmann, LLP
200 Berkeley St., 16th Floor
Boston, MA 02116

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  JUL 29 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/29/04 |
| NAME OF SERVER (PRINT) Janet Lucy Ballestra | TITLE Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: KARIN WILKS (Mother)

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 12.60 | SERVICES 45.- | TOTAL $0.00 57.60 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/29/04
Date

Signature of Server

PO Box 123, Westwood, MA 02090
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.