

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 7, 2004

Clerk's Office - Civil
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:   *Matthew Weymouth v. Pentucket Regional School District et al.*
      U.S. District Court No.: 04-11661MLW

Dear Sir/Madam:

Enclosed please find:

1.   Answer to Cross Claim of Defendant Adam Chapman by Pentucket Regional School District, Pentucket Regional School Committee, Michael J. McLaughlin, John Parkhurst, Arlene Townes, David Morse and Steven Hayden.

Thank you for your attention to this matter.

Very truly yours,

Gregg S. Blackburn

GSB:ml
Enclosure
8338.0/333876.1

cc:   Peter C. Horstmann, Esq. (w/encl.) (via electronically)
      Vincent C. Manzi, Esq. (w/encl.) (via U.S. Mail)
      Scott F. Gleason, Esq. (w/encl.) (via U.S. Mail)
      Bradley A. MacDonald, Esq. (w/encl.) (via U.S. Mail)
      David D. Dowd, Esq. (w/encl.) (via U.S. Mail)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11661MLW

MATTHEW WEYMOUTH :
    Plaintiff, :
:
v. :
:
PENTUCKET REGIONAL SCHOOL DISTRICT; :
PENTUCKET REGIONAL SCHOOL COMMITTEE; :
MICHAEL J. MCLAUGHLIN, individually, and in his :
capacity as Superintendent of Pentucket Regional School :
District; JOHN PARKHURST, individually, and in his :
capacity as Principal of Pentucket Regional High School; :
ARLENE TOWNES, individually, and in her capacity as :
Principal of Pentucket Regional High School; :
DAVID MORSE, individually, and in his capacity as :
Athletics Director for Pentucket Regional High School; :
STEVEN HAYDEN, individually, and in his capacity as a :
Teacher and Coach at Pentucket Regional High School; :
MICHAEL BIANCI; ADAM CHAPMAN; :
SCOTT WILKES, :
    Defendants. :

### ANSWER TO CROSS CLAIMS OF DEFENDANT ADAM CHAPMAN BY PENTUCKET REGIONAL SCHOOL DISTRICT, PENTUCKET REGIONAL SCHOOL COMMITTEE, MICHAEL J. MCLAUGHLIN, JOHN PARKHURST, ARLENE TOWNES, DAVID MORSE AND STEVEN HAYDEN

PARTIES

1-8.    Admitted.

COUNT ONE
(Contribution vs. Wilkes)

9.    The answering defendants repeat as if fully set forth herein their responses to paragraphs 1 through 8 of the cross claim.

10-14.    The allegations of paragraphs 10 and 11 of Count One of the complaint do not apply to these defendants and no answer is required.

## COUNT TWO
(Contribution vs. Pentucket Regional School District)

15. The answering defendants repeat as if fully set forth herein their responses to paragraphs 1 through 8 of the cross claim.

16-20. Denied.

WHEREFORE, the defendant Pentucket Regional School District demands that judgment be entered in its favor and that it be awarded costs and such other relief as the court deems just.

## COUNT THREE
(Contribution v. Pentucket Regional School Committee)

21. The answering defendants repeat as if fully set forth herein their responses to paragraphs 1 through 8 of the cross claim.

22-26. Denied.

WHEREFORE, the defendant Pentucket Regional School Committee demands that judgment be entered in its favor and that it be awarded costs and such other relief as the court deems just.

## COUNT FOUR
(Contribution v. John Parkhurst)

27. The answering defendants repeat as if fully set forth herein their responses to paragraphs 1 through 8 of the cross claim.

28-32. Denied.

WHEREFORE, the defendant John Parkhurst demands that judgment be entered in his favor and that he be awarded costs and such other relief as the court deems just.

## COUNT FIVE
(Contribution vs. Arlene Townes)

33. The answering defendants repeat as if fully set forth herein their responses to paragraphs 1 through 8 of the cross claim.

34-38. Denied.

WHEREFORE, the defendant Arlene Townes demands that judgment be entered in her favor and that she be awarded costs and such other relief as the court deems just.

## COUNT SIX
(Contribution vs. David Morse)

39. The answering defendants repeat as if fully set forth herein their responses to paragraphs 1 through 8 of the cross claim.

40-44. Denied.

WHEREFORE, the defendant David Morse demands that judgment be entered in his favor and that he be awarded costs and such other relief as the court deems just.

## COUNT SEVEN
(Contribution vs. Steven Hayden)

45. The answering defendants repeat as if fully set forth herein their responses to paragraphs 1 through 8 of the cross claim.

46-50. Denied.

WHEREFORE, the defendant Steven Hayden demands that judgment be entered in his favor and that he be awarded costs and such other relief as the court deems just.

## JURY CLAIM

The answering defendants demand a trial by jury on all counts so triable.

Dated: October 7, 2004

Respectfully submitted,

Defendants,
**PENTUCKET REGIONAL et al.**
By their attorney,

Gregg S. Blackburn, BBO# 044430
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon:

**Counsel for Plaintiff:**

Peter C. Horstmann, Esq.
Partridge, Ankner & Horstmann, LLP
200 Berkeley Street, 16th Floor
Boston, MA  02116

**Counsel for Michael Bianci and Adam Chapman:**

Scott F. Gleason, Esq.
Melissa J. Lewandowski, Esq.
Gleason Law Offices. P.C.
163 Merrimack Street
Haverhill, MA  01830

**Counsel for Scott Wilkes:**

Vincent C. Manzi, Esq.
Charles S. Nierman, Esq.
Manzi & McCann
59 Jackson Street
Lawrence, MA  01840

counsel of record in this matter by **electronic filing (if applicable) and first-class mail** on October 7th, 2004.

Gregg S. Blackburn

8338.0/333872.1

4