UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW WEYMOUTH,<br>    Plaintiff,<br><br>v.<br><br>PENTUCKET REGIONAL SCHOOL DISTRICT;<br>PENTUCKET REGIONAL SCHOOL<br>COMMITTEE; MATTHEW J. MCLAUGHLIN,<br>individually, and in his capacity as Superintendent<br>of Pentucket Regional School District; JOHN<br>PARKHURST, individually, and in his capacity as<br>Principal of Pentucket Regional High School;<br>ARLENE TOWNES; individually, and in her<br>Capacity as Principal of Pentucket Regional High<br>School; DAVID MORSE, individually, and in his<br>capacity as Athletics Director for Pentucket<br>Regional High School; STEVEN HAYDEN,<br>individually, and in his capacity as a Teacher and<br>Coach at Pentucket Regional High School;<br>MATTHEW BIANCI; ADAM CHAPMAN;<br>SCOTT WILKES,<br>    Defendants. | Civil Action No: 04 11661 MLW |

## PLAINTIFF MATTHEW WEYMOUTH'S MOTION TO DISMISS DEFENDANT ADAM CHAPMAN'S COUNTERCLAIM AND/OR FOR SUMMARY JUDGMENT

NOW COMES the Plaintiff, Matthew Weymouth, ("Plaintiff"), and hereby moves this Honorable Court to dismiss Count One of the Defendant Adam Chapman's counterclaim against the Plaintiff. The Counterclaim alleges slander on the part of the Plaintiff in connection with the multiple federal and state pendant claims brought by the Plaintiff against Defendant Adam Chapman, in this matter.

By the instant motion, the Plaintiff seeks to dismiss Chapman's Counterclaim because it fails to state a claim upon which relief can be granted and must be dismissed under Fed. R. Civ. P.

Rules 12(b)(6) and 56. The Plaintiff disclaims that the Plaintiff defamed Mr. Chapman by filing the instant action and the factual averment set forth therein. It is respectfully submitted that an action for slander or defamation may not stand where the alleged defamatory statements constitute the cause of action.

In support of the instant motion to dismiss, the Plaintiff submits the attached Memorandum of Law.

WHEREFORE, the Plaintiff respectfully moves this Honorable Court to grant the instant motion to dismiss.

Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
Terence K. Ankner, Esquire
BBO #552469
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley St., 16th Floor
Boston, Massachusetts 02116
(617) 859-9999

Attorneys for Plaintiff,
Matthew Weymouth

Dated: October 7, 2004

## CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this 7th day of October, 2004, a copy of the foregoing MOTION TO DISMISS DEFENDANT ADAM CHAPMAN'S COUNTERCLAIM AND/OR FOR SUMMARY JUDGMENT was served electronically upon Scott F. Gleason, GLEASON LAW OFFICES, P.C., 163 Merrimack Street, Haverhill, MA, 01830 and all counsel of record.

Peter Charles Horstmann, Esquire