UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11661MLW

MATTHEW WEYMOUTH
    Plaintiff,                                   :

                                         :

v.                                          :

                                         :

PENTUCKET REGIONAL SCHOOL DISTRICT;      :
PENTUCKET REGIONAL SCHOOL COMMITTEE;  :
MICHAEL J. MCLAUGHLIN, individually, and in his  :
capacity as Superintendent of Pentucket Regional School  :
District; JOHN PARKHURST, individually, and in his    
capacity as Principal of Pentucket Regional High School;  :
ARLENE TOWNES, individually, and in her capacity as  :
Principal of Pentucket Regional High School;         
DAVID MORSE, individually, and in his capacity as    :
Athletics  Director for Pentucket Regional High School;  :
STEVEN HAYDEN, individually, and in his capacity as a :
Teacher and Coach at Pentucket Regional High School;  :
MICHAEL BIANCI; ADAM CHAPMAN;             :
SCOTT WILKES,                            :
          Defendants.                         :

**MOTION TO DISMISS FEDERAL CLAIMS
BY DEFENDANTS PENTUCKET REGIONAL SCHOOL DISTRICT,
PENTUCKET REGIONAL SCHOOL COMMITTEE,
MICHAEL J. MCLAUGHLIN, JOHN  PARKHURST, ARLENE TOWNES,
<u>DAVID MORSE AND STEVEN HAYDEN</u>**

The defendants Pentucket Regional School District, Pentucket Regional School

Committee, Michael J. McLaughlin, John Parkhurst, Arlene Townes, David Morse and

Steven Hayden hereby move this court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss

all of the claims against them that are based upon 42 U.S.C. 1983, as set forth in Counts

I-VII.

      As grounds, defendants state that this is a suit for damages for alleged torts and

civil rights violations brought against the above-named individuals and entities arising

out of an alleged hazing incident on August 23, 2001 at a football camp operated by

8338.0/335223.1

Pentucket Regional High School. The moving defendants are entitled to dismissal due to the fact that the complaint fails to state a claim for a violation of any constitutional rights. To state a claim on the §1983 claims, the plaintiff must allege that the "state action" defendants deprived him of "life, liberty, or property, without due process of law." The Due Process Clause of the United States Constitution does not place an affirmative obligation on the Pentucket Entities or school officials to protect students against harm at the hands of private third parties who are not acting under color of state law which is what is alleged in the complaint. *DeShaney v. Winnebago County Dep't of Soc. Servs.*, 489 U.S. 189, 197, 109 S.Ct. 998, 103 L.Ed.2d 249 (1989).

Moreover, in a Section 1983 civil rights case such as this one, government officials sued in their individual capacities are protected under the "qualified immunity" doctrine. "Government officials performing discretionary functions, as is alleged here, generally are shielded from liability for civil damages insofar as their conduct does not violate clearly established statutory or constitutional rights of which a reasonable person would have known." *Harlow v. Fitzgerald,* 457 U.S. 800, 102 S. Ct. 2727, 2738 (1982).

The defendants further rely upon the memorandum submitted herewith.

Dated: October 21, 2004

Respectfully submitted,

Defendants,
**PENTUCKET REGIONAL et al.**
By their attorney,

Gregg S. Blackburn, BBO# 044430
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

8338.0/335223.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon:

**Counsel for Plaintiff:**

Peter C. Horstmann, Esq.
Partridge, Ankner & Horstmann, LLP
200 Berkeley Street, 16th Floor
Boston, MA  02116

**Counsel for Michael Bianci and Adam Chapman:**

Scott F. Gleason, Esq.
Melissa J. Lewandowski, Esq.
Gleason Law Offices. P.C.
163 Merrimack Street
Haverhill, MA  01830

**Counsel for Scott Wilkes:**

Vincent C. Manzi, Esq.
Charles S. Nierman, Esq.
Manzi & McCann
59 Jackson Street
Lawrence, MA  01840

**Co-Counsel for David Morse and  Steven Hayden**
Bradley A. MacDonald, Esq.
Cummings, King and MacDonald
One Gateway Center
Suite 351
Newton, MA 02458-2802

counsel of record in this matter by **electronic filing (if applicable)** and **first-class mail**
on October _21_, 2004.

Gregg S. Blackburn