UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11661MLW

| | |
|---|---|
| MATTHEW WEYMOUTH<br>    Plaintiff,<br><br>v.<br><br>PENTUCKET REGIONAL SCHOOL DISTRICT;<br>PENTUCKET REGIONAL SCHOOL COMMITTEE;<br>MICHAEL J. MCLAUGHLIN, individually, and in his capacity as Superintendent of Pentucket Regional School District; JOHN PARKHURST, individually, and in his capacity as Principal of Pentucket Regional High School; ARLENE TOWNES, individually, and in her capacity as Principal of Pentucket Regional High School; DAVID MORSE, individually, and in his capacity as Athletics Director for Pentucket Regional High School; STEVEN HAYDEN, individually, and in his capacity as a Teacher and Coach at Pentucket Regional High School; MICHAEL BIANCI; ADAM CHAPMAN; SCOTT WILKES,<br>    Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**MOTION TO DISMISS CERTAIN STATE CLAIMS
AGAINST DEFENDANTS PENTUCKET REGIONAL SCHOOL DISTRICT,
PENTUCKET REGIONAL SCHOOL COMMITTEE,
MICHAEL J. MCLAUGHLIN, JOHN PARKHURST,
<u>ARLENE TOWNES, DAVID MORSE AND STEVEN HAYDEN</u>**

The defendants Pentucket Regional School District, Pentucket Regional School Committee, Michael J. McLaughlin, John Parkhurst, Arlene Townes, David Morse and Steven Hayden hereby move this court pursuant to Fed. R. Civ. P. 12(c) to dismiss certain tort claims brought under the Massachusetts Tort Claims Act, M.G.L. c. 258. Additionally, McLaughlin, Parkhurst, Townes, Morse and Hayden move for dismissal of all of the state claims brought against them as individuals.

As grounds, defendants state that this is a suit for damages for alleged torts and civil rights violations brought against the above-named individuals and entities arising out of an alleged hazing incident on August 23, 2001 at a football camp operated by

8338.0/335265.1

Pentucket Regional High School. A separate motion, filed herewith, seeks dismissal of all of the federal civil rights claims.

More specifically, the moving defendants are entitled to dismissal of the state claims alleging failure to enforce state and local anti-hazing policies and claims alleging failure to prevent the hazing of the plaintiff as set forth in Counts VIII and XVIII-XXIV. Said claims are barred by C. 258 §10(j) which prohibits suits against government employers for neglect in preventing harm caused by third parties which is all that plaintiff has alleged in those counts.

In addition, the public employees are entitled to dismissal of all claims that allege torts against public employees as individuals since they are immune from suit for tortious conduct if acting within the scope of employment. The complaint fails to allege anywhere any conduct by such employees outside the scope of employment. This would result in dismissal of Counts XXIX and XXX.[1]

The defendants further rely upon the memorandum of law submitted herewith.

Dated: October ___, 2004

Respectfully submitted,

Defendants,
**PENTUCKET REGIONAL et al.**
By their attorney,

Gregg S. Blackburn, BBO# 044430
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

---

[1] The complaint caption alleges that all of the named school officials are sued in their individual as well as official capacities. However, only Counts XXXIX and XXX against Morse and Hayden appear to allege individual claims. If other state counts allege claims against individual school officials, those counts must also be dismissed to the extent that they allege such claims.
8338.0/335265.1

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon:

**Counsel for Plaintiff:**

Peter C. Horstmann, Esq.
Partridge, Ankner & Horstmann, LLP
200 Berkeley Street, 16th Floor
Boston, MA 02116

**Counsel for Michael Bianci and Adam Chapman:**

Scott F. Gleason, Esq.
Melissa J. Lewandowski, Esq.
Gleason Law Offices. P.C.
163 Merrimack Street
Haverhill, MA 01830

**Counsel for Scott Wilkes:**

Vincent C. Manzi, Esq.
Charles S. Nierman, Esq.
Manzi & McCann
59 Jackson Street
Lawrence, MA 01840

**Co-Counsel for David Morse and Steven Hayden**

Bradley A. MacDonald, Esq.
Cummings, King and MacDonald
One Gateway Center
Suite 351
Newton, MA 02458-2802

counsel of record in this matter by **electronic filing (if applicable)** and **first-class mail** on October _____, 2004.

Gregg S. Blackburn