UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW WEYMOUTH,<br>    Plaintiff,<br><br>PENTUCKET REGIONAL SCHOOL DISTRICT;<br>PENTUCKET REGIONAL SCHOOL<br>COMMITTEE; MATTHEW J. MCLAUGHLIN,<br>individually, and in his capacity as Superintendent<br>of Pentucket Regional School District; JOHN<br>PARKHURST, individually, and in his capacity as<br>Principal of Pentucket Regional High School;<br>ARLENE TOWNES; individually, and in her<br>Capacity as Principal of Pentucket Regional High<br>School; DAVID MORSE, individually, and in his<br>capacity as Athletics Director for Pentucket<br>Regional High School; STEVEN HAYDEN,<br>individually, and in his capacity as a Teacher and<br>Coach at Pentucket Regional High School;<br>MATTHEW BIANCI; ADAM CHAPMAN;<br>SCOTT WILKES,<br>    Defendants. | Civil Action No: 04 11661 MLW |

### STIPULATION REGARDING MOTION TO DISMISS STATE CLAIMS

NOW COME the Parties, Matthew Weymouth and Pentucket Regional School District, Pentucket Regional School Committee, Matthew J. Mclaughlin, John Parkhurst, Arlene Townes, David Morse and Steven Hayden, through counsel, and hereby stipulate that the Court need not decide the issues raised by the Motion to Dismiss State Claims at the present time because the Parties agree that the Court's decision with respect to Pentucket's Motion to Dismiss the federal claims will result in either the dismissal of the entire case by the Court or the survival of the federal claims in which case Plaintiff will voluntarily dismiss the Massachusetts Tort Act

Claims. The Parties reserve their rights to press and/or oppose the issues raised by the motion concerning the state claims at a later date either in this Court or in Massachusetts courts.

Respectfully submitted

_____
Gregory Blackburn, Esquire
BBO # 044430
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

Attorney for Defendants,

Pentucket Regional School District,
Pentucket Regional School Committee,
Matthew J. McLaughlin, John Parkhurst,
Arlene Townes, David Morse and
Steven Hayden

_____
Peter Charles Horstmann, Esquire
BBO #556377
Terence K. Ankner, Esquire
BBO #552469
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley St., 16th Floor
Boston, Massachusetts 02116
(617) 859-9999

Attorneys for Plaintiff,
Matthew Weymouth