UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
MATTHEW WEYMOUTH,                           )
      Plaintiff,                            )
                                            )
v.                                          )
                                            )
PENTUCKET REGIONAL SCHOOL DISTRICT;         )
PENTUCKET REGIONAL SCHOOL                   )   Civil Action No: 04 11661 MLW
COMMITTEE; MATTHEW J. MCLAUGHLIN,           )
individually, and in his capacity as Superintendent  )
of Pentucket Regional School District; JOHN )
PARKHURST, individually, and in his capacity as  )
Principal of Pentucket Regional High School; )
ARLENE TOWNES; individually, and in her    )
Capacity as Principal of Pentucket Regional High  )
School; DAVID MORSE, individually, and in his  )
capacity as Athletics Director for Pentucket )
Regional High School; STEVEN HAYDEN,       )
individually, and in his capacity as a Teacher and  )
Coach at Pentucket Regional High School;   )
MATTHEW BIANCI; ADAM CHAPMAN;              )
SCOTT WILKES,                               )
      Defendants.                           )
_____)

# JOINT STATEMENT PURSUANT TO RULE 26(f)

NOW COME the Parties in the instant matter, through counsel, and respectfully submit the following Statement pursuant to Fed.R.Civ.P., Rule 26(f):

A.    DISCOVERY

   1.   Initial Disclosures Pursuant to Rule 26(a)

      The Parties agree that Initial Disclosures pursuant to Rule 26(a) shall be due thirty (30) days from this Court's ruling on the pending Motion to Dismiss filed by the Defendants.

1

    2.    <u>Discovery Deadline</u>

The Parties agree that the deadline for discovery will be twelve months from this Court's ruling on the pending Motion to Dismiss filed by the Defendant Pentucket Regional School District, et.al.

    3.    <u>Discovery Disputes</u>

The disclosure of school records may be contentious as it relates to minors, medical information and other information alleged to be privileged.

B.    ADDITION OF PARTIES

The addition of parties is not anticipated at the present time.

C.   SETTLEMENT

    At the present time, limited settlement discussions have taken place.

                                    Respectfully Submitted,

/s/_____  
Gregg S. Blackburn, Esquire  
B.B.O. No. 044430  
CASNER & EDWARDS, LLP  
303 Congress Street  
Boston, MA 02108  

/s/_____  
Peter Charles Horstmann, Esquire  
B.B.O. No. 566377  
PARTRIDGE, ANKNER & HORSTMANN  
200 Berkeley Street, 16th Floor  
Boston, MA 02116  
(617) 859-9999  

ATTORNEYS FOR DEFENDANT  
PENTUCKET REGIONAL  
SCHOOL DISTRICT, et.al.

ATTORNEYS FOR PLAINTIFF MATTHEW WEYMOUTH

/s/_____  
Paul L. Cummings, Esquire  
B.B.O. No. 108360  
CUMMINGS, KING & MACDONALD  
One Gateway Center, Suite 351  
Newton, MA 02458-2802  

/s/_____  
Vincent C. Manzi, Esquire  
B.B.O. No. 318620  
Charles S. Nierman, Esquire  
B.B.O. No. 543994  
MANZI & MCCANN  
59 Jackson Street  
Lawrence, MA 01840  

ATTORNEYS FOR DEFENDANT  
DAVID MORSE and  
STEVEN HAYDEN

ATTORNEYS FOR DEFENDANT  
SCOTT WILKES

/s/_____  
Scott F. Gleason, Esquire  
B.B.O. No. 195000  
Melissa J. Lewandowski, Esquire  
B.B.O. No. 636293  
GLEASON LAW OFFICES, PC  
163 Merrimack Street  
Haverhill, MA 01830  

ATTORNEYS FOR DEFENDANT  
MICHAEL BIANCI and  
ADAM CHAPMAN

3