

**CASNER & EDWARDS, LLP**

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

March 14, 2005

**HAND DELIVERED**

Clerk's Office - Civil
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210
**Attn: Kathleen Boyce, Docket Clerk**

Re:  *Matthew Weymouth v. Pentucket Regional School District et al.*
     U.S. District Court No.: 04-11661MLW

Dear Ms. Boyce:

Pursuant to your request, enclosed please find copies of the following memorandum that was previously filed with the court on October 22nd relative to the hearing on **Wednesday, March 16, 2005 at 3:00 p.m.**:

1.  Memorandum in Support of Motion to Dismiss Certain **State Claims** by Defendants Pentucket Regional School District, Pentucket Regional School Committee, Michael J. McLaughlin, John Parkhurst, Arlene Townes, David Morse and Steven Hayden.

The parties have agreed that the court need hear only the motion to dismiss the federal claims at this time.

Please call with any questions. Thank you for your attention to these matters.

Very truly yours,

Gregg S. Blackburn

GSB:ml
Enclosures
8338.0/347198.1

cc:   Peter C. Horstmann, Esq. (w/o encls.)
      Vincent C. Manzi, Esq. (w/o encls.)
      Scott F. Gleason, Esq. (w/o encls.)
      Bradley A. MacDonald, Esq. (w/o encls.)