## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**MATTHEW WEYMOUTH**                                   **CIVIL  CASE**
                                                       **NO. 04-11661-MLW**

      **V.**


**PENTUCKET REGIONAL SCHOOL DISTRICT et al**
      **Defendant(s)**


       **NOTICE OF RESCHEDULING/CANCELLATION**

**WOLF, D.J.**


    The **MOTION HEARING/SCHEDULING CONFERENCE** previously scheduled for

**MARCH 22, 2005** at **3:00 P.M.** before Judge **Wolf**, has been CANCELLED.  It has been

RESCHEDULED for **APRIL 18, 2005** at **3:00 PM** in courtroom 10 on the 5th floor.




                    **SARA A. THORNTON**
                    **CLERK OF COURT**


**March 17, 2005**                              **By:**   **/s/ Dennis O'Leary**
**Date**                                                  **Deputy Clerk**

**Notice mailed to:**

(notice.frm - 10/96)                                                      [ntchrgcnf.]