AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

Massachusetts

[handwritten parties]

APPEARANCES

Case Number: _____

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendants
David Meunier
and
Steven Hayden

I certify that I am admitted to practice in this court.

_____          _____
Date                             Signature

                                 _____
                                 Print Name         Bar Number

                                 _____
                                 Address

                                 _____
                                 City      State    Zip Code

                                 _____
                                 Phone Number       Fax Number