UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MATTHEW WEYMOUTH**   CIVIL CASE
  NO. 04-11661-MLW
V.

**PENTUCKET REGIONAL SCHOOL DISTRICT**
    Defendant(s)

**NOTICE OF RESCHEDULING/CANCELLATION**

**WOLF, D.J.**

The **MOTIN HEARING/16b SCHEDULING CONFERENCE** previously scheduled for **APRIL 18, 2005** at **3:00 P.M.** before Judge **Wolf**, has been CANCELLED. It has been RESCHEDULED for **MAY 25, 2005** at **3:00 PM** in courtroom 10 on the 5th floor.

SARA A. THORNTON
CLERK OF COURT

**April 7, 2005**          By:   /s/ Dennis O'Leary
Date                              Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                              [ntchrgcnf.]