**Casner & Edwards, LLP**
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

May 25, 2005

<u>*Via Electronic Service*</u>

Clerk's Office
United States District Court for the
    District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210
**Attn:  Dennis O'Leary, Courtroom Clerk**

Re:    *Matthew Weymouth v. Pentucket Regional School District et al.*
        <u>U.S. District Court No.: 04-11661MLW</u>

Dear Mr. O'Leary:

      As we discussed on the telephone on May 24, I may make reference to two cases not cited in my memorandum in support of the motion to dismiss at tomorrow afternoon's hearing.

      The most relevant case is *Rivera v. Rhode Island*, 402 F.3d. 27 (cir.1, 2005), which was decided on March 22.  In that case, the First Circuit discusses the so-called state created danger theory as a potential source of constitutional liability.  In addition, I may make reference to *Coyne v. Cronin*, 386 F.3d. 280 (cir.1, 2004).  That case was decided a week or so before the motion to dismiss was filed, but I had not seen it as of that time.

      Please call with any questions.  Thank you for your attention to these matters.

                                               Sincerely,

                                               Gregg S. Blackburn

GSB:ml
8338.0/353940

cc:    Peter C. Horstmann, Esq.
        Vincent C. Manzi, Esq.
        Scott F. Gleason, Esq.
        Bradley A. MacDonald, Esq.
        Paul L. Cummings, Esq.

CASNER & EDWARDS, LLP

Clerk's Office - Civil
United States District Court for the District of Massachusetts
May 25, 2005
Page 2


Peter C. Horstmann, Esq.
Partridge, Ankner & Horstmann, LLP
200 Berkeley Street, 16th Floor
Boston, MA  02116

Vincent C. Manzi, Esq.
Charles S. Nierman, Esq.
Manzi & McCann
59 Jackson Street
Lawrence, MA  01840

Scott F. Gleason, Esq.
Melissa J. Lewandowski, Esq.
Gleason Law Office
163 Merrimack Street
Haverhill, MA  01830

Bradley A. MacDonald, Esq.
Cummings, King & MacDonald
1 Gateway Center
Newton, MA  02458

Paul L. Cummings, Esq.
Cummings King & MacDonald
1 Gateway Center
Newton, MA  02458