UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11661MLW

MATTHEW WEYMOUTH
    Plaintiff,

v.

PENTUCKET REGIONAL SCHOOL DISTRICT;
PENTUCKET REGIONAL SCHOOL COMMITTEE;
MICHAEL J. MCLAUGHLIN, individually, and in his capacity as Superintendent of Pentucket Regional School District; JOHN PARKHURST, individually, and in his capacity as Principal of Pentucket Regional High School;
ARLENE TOWNES, individually, and in her capacity as Principal of Pentucket Regional High School;
DAVID MORSE, individually, and in his capacity as Athletics Director for Pentucket Regional High School;
STEVEN HAYDEN, individually, and in his capacity as a Teacher and Coach at Pentucket Regional High School;
MICHAEL BIANCI; ADAM CHAPMAN;
SCOTT WILKES,
    Defendants.

**PLAINTIFF'S CERTIFICATION OF
COMPLIANCE WITH LOCAL RULE 16.1(D)(4)**

The undersigned hereby certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: May 25, 2005

_____
Ms. Susan DeCatrel  (6SB)
The Risk Management Planning Group, Inc.

_____
Gregg J. Blackburn (BBO# 044430)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
(617) 426-5900

8338.0/353894.1

1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon:

**Counsel for Plaintiff:**

Peter C. Horstmann, Esq.
Partridge, Ankner & Horstmann, LLP
200 Berkeley Street, 16th Floor
Boston, MA 02116

**Counsel for Michael Bianci and Adam Chapman:**

Scott F. Gleason, Esq.
Melissa J. Lewandowski, Esq.
Gleason Law Offices. P.C.
163 Merrimack Street
Haverhill, MA 01830

**Counsel for Scott Wilkes:**

Vincent C. Manzi, Esq.
Charles S. Nierman, Esq.
Manzi & McCann
59 Jackson Street
Lawrence, MA 01840

**Counsel for Steven Hayden & David Morse:**

Paul L. Cummings, Esq.
Cummings King & MacDonald
1 Gateway Center
Newton, MA 02458

counsel of record in this matter by **electronic filing (if applicable) and first-class mail** on May 25, 2005.

Gregg S. Blackburn