UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-11661

| Matthew Weymouth | Pentucket Regional School |
|---|---|
| PLAINTIFF | DEFENDANT |
| Peter Horstmann | Greg Blackburn, Paul Cummings |
| Susan Feldman | Lewandowski |
| Terrence Akner | Charles Nierman |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf          CLERK  O'Leary          REPORTER  Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 5/25/05 | Defendants agree that there would be no impediment to the plaintiff filing the state court claims in state court as a result of statute of limitations should the federal claims be dismissed. Court expresses its tentative views to the parties. Court listens to oral argument on the defendants' pending motion to dismiss. Court takes a brief recess. Court gives the plaintiff two weeks to amend his complaint in order to determine if he can, in relation to counsels' Rule 11 obligations. Plaintiff shall by 6/8/2005, file a motion to amend along with an amended complaint. Defendants' will then have two weeks to inform the court whether the amended complaint states an adequate claim, if not the reasons why it does not. Court orders that all filings in this case must be made electronically. Any counsel that is not registered must do so promptly. |