UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
MATTHEW WEYMOUTH,                     )
     Plaintiff,                       )
                                      )
     v.                               )  C. A. No. 04-11661-MLW
                                      )
PENTUCKET REGIONAL SCHOOL DISTRICT;   )
PENTUCKET REGIONAL SCHOOL             )
COMMITTEE; MICHAEL J. MCLAUGHLIN,     )
individually, and in his capacity     )
as Superintendent of Pentucket        )
Regional School District; JOHN        )
PARKHURST, individually, and in his   )
capacity as Principal of Pentucket    )
Regional High School; ARLENE          )
TOWNES, individually, and in her      )
capacity as Principal of Pentucket    )
Regional High School; DAVID MORSE,    )
individually, and in his capacity     )
as Athletics Director for Pentucket   )
Regional High School; STEVEN          )
HAYDEN, individually, and in his      )
capacity as a Teacher and Coach at    )
Pentucket Regional High School;       )
MICHAEL BIANCI; ADAM CHAPMAN;         )
SCOTT WILKES,                         )
     Defendants.                      )
```

ORDER

WOLF, D.J.                                                  May 25, 2005

For the reasons stated in court on May 25, 2005, it is hereby ORDERED that:

1. If he can do so consistent with the requirements of Federal Rule of Civil Procedure 11, plaintiff Matthew Weymouth shall, by June 6, 2005, file a motion to amend the complaint and a proposed amended complaint, alleging facts that the First Circuit stated in Rivera v. Rhode Island, 402 F.3d 27, 34 (1st Cir. 2005), could

constitute sufficient government involvement with private individuals to state a due process claim. If the plaintiff does not wish to file an amended complaint, he shall so state, by June 6, 2005, and Defendants' Motion to Dismiss Federal Claims (Docket No. 18) will be allowed.

    2. If the plaintiff files an amended complaint by June 8, 2005, defendants shall respond by June 22, 2005.

                                           /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE