# GLEASON LAW OFFICES

A PROFESSIONAL CORPORATION

163 MERRIMACK STREET

HAVERHILL, MA  01830

———

SCOTT F. GLEASON
THOMAS J. GLEASON*
SEAN P. GLEASON
WILLIAM P. BOLAND
MELISSA J. LEWANDOWSKI

TELEPHONE (978) 521-4044
FAX (978) 521-3738

June 9, 2005

Dennis O'Leary, Clerk
United States District Court
One Courthouse Way, Suite 2300
Boston, MA 02110

RE:   *Weymouth vs. Pentucket Regional, et al*
      *Docket No.:  04 11661*

Dear Mr. O'Leary:

Please be advised that the undersigned counsel for the defendant's Adam Chapman and Michael Bianci in the aforementioned matter assent to the Plaintiff's Motion To Amend Complaint and For Additional Time To File Amended Complaint received on June 7, 2005.

If you have any questions or need anything further, please feel free to contact this office.

Thank you.

Very truly yours,

/s/ Scott F. Gleason

Scott F. Gleason

SFG/mkf

cc:   Peter C. Horstmann, Esquire

*ADMITTED TO PRACTICE IN MASSACHUSETTS AND NEW HAMPSHIRE