UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MATTHEW WEYMOUTH,<br>    Plaintiff,<br><br>v.<br><br>PENTUCKET REGIONAL SCHOOL DISTRICT;<br>PENTUCKET REGIONAL SCHOOL<br>COMMITTEE; MATTHEW J. MCLAUGHLIN,<br>individually, and in his capacity as Superintendent<br>of Pentucket Regional School District; JOHN<br>PARKHURST, individually, and in his capacity as<br>Principal of Pentucket Regional High School;<br>ARLENE TOWNES; individually, and in her<br>Capacity as Principal of Pentucket Regional High<br>School; DAVID MORSE, individually, and in his<br>capacity as Athletics Director for Pentucket<br>Regional High School; STEVEN HAYDEN,<br>individually, and in his capacity as a Teacher and<br>Coach at Pentucket Regional High School;<br>MATTHEW BIANCI; ADAM CHAPMAN;<br>SCOTT WILKES,<br>    Defendants. | Civil Action No: 04 11661 MLW |

**JOINT MOTION TO CONTINUE PLAINTIFF'S DEADLINE
TO FILE AMENDED COMPLAINT AND DEFENDANTS' TIME TO FILE
MOTION TO DISMISS/ANSWER TO AMENDED COMPLAINT**

NOW COME the Parties in the instant matter and hereby move this Honorable Court to extend the deadlines established by the Court's June 24, 2005 Order for the filing of the Plaintiff's Amended Complaint and Defendants' Motion to Dismiss/Answer to Amended Complaint. In support thereof Counsel states the following:

    1.    The parties are currently engaged in settlement discussions.

    2.    Additional time is requested for the Parties to consult with their attorney and insurance company representatives regarding further settlement discussions.

    3.    The number of parties involved in these discussions and their vacation schedules requires additional time to complete discussions.

1

4. The Parties reasonably anticipate that settlement discussions will be completed within the next two weeks.

WHEREFORE based on the foregoing arguments and authorities this Honorable Court is respectfully urged to continue the deadlines set forth in its June 24, 2005 Order by two weeks.

Respectfully Submitted,

/s/_____
Gregg S. Blackburn, Esquire
B.B.O. No. 044430
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02108
(617) 426-5900

ATTORNEYS FOR DEFENDANT
PENTUCKET REGIONAL
SCHOOL DISTRICT, et.al.

Peter Charles Horstmann, Esquire
B.B.O. No. 566377
PARTRIDGE, ANKNER & HORSTMANN
200 Berkeley Street, 16th Floor
Boston, MA 02116
(617) 859-9999

ATTORNEYS FOR PLAINTIFF MATTHEW
WEYMOUTH

/s/_____
Paul L. Cummings, Esquire
B.B.O. No. 108360
CUMMINGS, KING & MACDONALD
One Gateway Center, Suite 351
Newton, MA 02458-2802
(617) 630-5100

ATTORNEYS FOR DEFENDANT
DAVID MORSE and
STEVEN HAYDEN

/s/_____
Vincent C. Manzi, Esquire
B.B.O. No. 318620
Charles S. Nierman, Esquire
B.B.O. No. 543994
MANZI & MCCANN
59 Jackson Street
Lawrence, MA 01840
(978) 686-5664

ATTORNEYS FOR DEFENDANT
SCOTT WILKES

/s/_____
Scott F. Gleason, Esquire
B.B.O. No. 195000
Melissa J. Lewandowski, Esquire
B.B.O. No. 636293
GLEASON LAW OFFICES, PC
163 Merrimack Street
Haverhill, MA 01830
(978) 521-4044

ATTORNEYS FOR DEFENDANT
MICHAEL BIANCI and
ADAM CHAPMAN

2