**Peter Charles Horstmann**
pete@horstmannlaw.com

September 9, 2005

*Electronic Filing*
Mr. Dennis O'Leary, Courtroom Clerk
to the Honorable Mark L. Wolfe
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    <u>Matthew Weymouth v. Pentucket Regional School District, et al,</u>
             *Docket No. 04-11661-MLW*

Dear Mr. O'Leary:

    Pursuant to our telephone conference today, please accept this letter a status report of the above-referenced matter and request for a 60 day Notice of Dismissal. The Parties are currently finalizing settlement discussions and releases. The Parties may also require a hearing with the Court to approve the settlement within the next sixty days. I will notify the Court if a hearing is necessary.

    Thank you for your assistance in this matter. If you have any questions, please contact me.

                                                Very truly yours,

                                                Peter Charles Horstmann

cc:    All counsel of record(electronically)

PCH/lcn