UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW WEYMOUTH, )<br>       Plaintiff(s) )<br>)<br>v. )<br>)<br>PENTUCKET REGIONAL SCHOOL )<br>DISTRICT, et al )<br>       Defendant(s) ) | C.A. No.  04-11661-MLW |

## SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised on September 9, 2005 by plaintiff's counsel that the above-captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

                                                    By the Court:
                                                    Sarah A. Thornton, Clerk

September 12, 2005                                  /s/Dennis O'Leary
Date                                                        Deputy Clerk