UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-11661MLW

_____
| | |
|---|---|
| MATHEW WEYMOUTH    Plaintiff, | : |
| | : |
| v. | : |
| PENTUCKET REGIONAL SCHOOL DISTRICT; | : |
| PENTUCKET REGIONAL SCHOOL COMMITTEE; | : |
| MICHAEL J. MCLAUGHLIN, individually, and in his capacity as Superintendent of Pentucket Regional School District; JOHN PARKHURST, individually, and in his capacity as Principal of Pentucket Regional High School; ARLENE TOWNES, individually, and in her capacity as Principal of Pentucket Regional High School; DAVID MORSE, individually, and in his capacity as Athletics Director for Pentucket Regional High School; STEVEN HAYDEN, individually, and in his capacity as a Teacher and Coach at Pentucket Regional High School; MICHAEL BIANCI; ADAM CHAPMAN; SCOTT WILKES,    Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1), the plaintiff, MATTHEW WEYMOUTH and the defendants, PENTUCKET REGIONAL SCHOOL DISTRICT; PENTUCKET REGIONAL SCHOOL COMMITTEE; MICHAEL J. MCLAUGHLIN; JOHN PARKHURST; ARLENE TOWNES; DAVID MORSE; STEVEN HAYDEN; MICHAEL BIANCI; ADAM CHAPMAN; and SCOTT WILKES hereby agree that the above-referenced action may be dismissed as between the plaintiff and the named defendants with prejudice, and with all rights of appeal forever waived and all parties to assume their own expenses.

8338.0/361244.1

| | |
|---|---|
| Plaintiff,<br>MATTHEW WEYMOUTH,<br>By his attorney, | Defendants,<br>Pentucket Regional School District; Pentucket Regional School Committee; Michael J. McLaughlin; John Parkhurst; Arlene Townes; David Morse; Steven Hayden,<br>By their attorney, |
| *[signature]*<br>_____<br>Peter Charles Horstmann (BBO# 556377)<br>Terence K. Ankner (BBO# 552469)<br>PARTRIDGE, ANKNER & HORSTMANN, LLP<br>200 Berkeley Street, 16th Floor<br>Boston, MA  02116<br>(617) 859-9999 | /s/ Gregg S. Blackburn<br>_____<br>Gregg S. Blackburn (BBO# 044430)<br>CASNER & EDWARDS LLP<br>303 Congress Street, 2nd Floor<br>Boston, MA 02210<br>(617) 426-5900 |
| DATED:  November 9, 2005 | DATED:  November 9, 2005 |
| Defendants,<br>David Morse; Steven Hayden,<br>By their co-counsel, | Defendant,<br>Scott Wilkes<br>By his attorney, |
| /s/ Paul L. Cummings<br>_____<br>Paul L. Cummings (BBO# 108360)<br>Cummings, King & MacDonald<br>1 Gateway Center<br>Newton, MA  02458<br>(617) 630-5100 | /s/ Vincent C. Manzi, Jr.<br>_____<br>Vincent C. Manzi, Jr. (BBO# 318620)<br>Manzi & McCann<br>59 Jackson Street<br>Lawrence, MA 01840<br>(978) 686-5664 |
| DATED:  November 9, 2005 | DATED: November 9, 2005 |
| Defendant,<br>Adam Chapman<br>By his attorney, | |
| /s/ Scott F. Gleason<br>_____<br>Scott F. Gleason (BBO# 195000)<br>Gleason Law Offices<br>163 Merrimack Street<br>Haverhill, MA 01830<br>(978) 521-4044 | |
| DATED: November 9, 2005 | |